TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00684-CV







In re Healthcare America, Inc. d/b/a Healthcare Rehab Center; and Healthcare Rehab
Center of Austin, Inc. d/b/a The Brown Schools, Inc.






ORIGINAL PROCEEDING FROM TRAVIS COUNTY 







PER CURIAM


 Relators, Healthcare America, Inc. d/b/a Healthcare Rehab Center and Healthcare
Rehab Center of Austin, Inc. d/b/a The Brown Schools, Inc., have informed the Court that they no
longer seek mandamus relief. Accordingly, Relators' Unopposed Motion to Dismiss Mandamus
Proceeding is granted.


Before Justices Kidd, Yeakel, and Patterson

Filed: January 11, 2002

Do Not Publish